IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1]  )<br>)<br>Fansteel Inc.,  )<br>)<br>      Plaintiff,  )<br>)<br>v.  )<br>)<br>Sempra Energy Sales, LLC,  )<br>)<br>      Defendant.  ) | Civil Action No. 04-515 (JJF)<br><br><br><br>Adversary Case No.  04-51061<br>Bankruptcy Case No. 02-10109 (JJF) |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 9th day of March 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Settlement of Avoidance Action**

_____
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

C:\Documents and Settings\lt\Desktop\FanSettle\Sempra.doc

**SERVICE LIST FOR**
**SEMPRA ENERGY SALES LLC**

*Hand Delivery*
*(Counsel for* **Sempra Energy Sales LLC***)*
William D. Sullivan, Esquire
Charles J. Brown, III, Esquire
Elzufon Auston Reardon Tarlov & Mondell, P.A.
Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail

*Hand Delivery*
David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

*First Class Mail*
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL 60064

*First Class Mail*
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

*First Class Mail*
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100